Law Office of Raymond R. Miller
P.O. Box 2177
Castro Valley, CA 94546

Tel: 510-938-0075
e-Fax: 1-888-416-3730
Attorney For Creditor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) | Chapter 13 |
|---|---|---|
|  | ) | Case No. 13-31164 DM |
| **SALLY R. HOPKINS** | ) |  |
| **Debtor** | ) | Date: (No Hearing) |
|  | ) | Time: |
|  | ) | Place: |
|  | ) | Judge: |

## NOTICE OF SUSPENSION OF COUNSEL BY CALIFORNIA STATE BAR AND PROOF OF SERVICE.

PLEASE TAKE NOTICE, the Creditor Wendy D. Hoplins' Attorney, **Raymond R. Miller**, has been suspended by the California State Bar effective October 5, 2017 for 90 days. As a consequence I am disqualified to act as an attorney for the debtor in this case after the effective date during the suspension.

Dated  November 3, 2017              /s/ Raymond R. Miller
                                     Raymond R, Miller, Esquire

NOTICE OF SUSPENSION OF COUNSEL BY CALIFORNIA STATE BAR.

PROOF OF SERVICE.

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 225 W. Winton Avenue, Suite 125, Hayward, CA 94544. On the date indicated below, I served by mail a true copy of the following documents:

- Notice of Suspension of Counsel by California State Bar for 90 Days,
- Notice to Client of Employment of a Disbarred, Resigned, Suspended or Involuntarily Inactive Member of the State Bar of California, by James O'Gallagher
- Notice Letter (ON WENDY HOPKINS ONLY)

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at 225 W. Winton Avenue, Suite 125, Hayward, CA 94544.

**On the following persons by placing a true copy thereof enclosed in a sealed envelope, first class United States mail with postage thereon fully prepaid, in the United States mail at Hayward, California, addressed as follows:

CERTIFIED MAIL

Wendy D. Hopkins (creditor)
555 Bryant Street, #276
Palo Alto, CA 94301

CERTIFIED MAIL

Sally R. Hopkins
c/o Craig V. Winslow, Esq.
Law Offices of Craig V. Winslow
630 N San Mateo Dr.
San Mateo, CA 94401

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed and served on November 3, 2017, at Hayward, County of Alameda, California. I declare under penalty of perjury that the foregoing is true.

      /s/ Rama Hiralal
      Rama Hiralal