**Entered on Docket
July 20, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 20, 2018



DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801  FAX (650)345-1
(707)544-5500 FAX (707)544-04

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br>SALLY R. HOPKINS<br><br>                Debtor(s) | Case No.: 13-31164 DM<br>Chapter 13 |

### ORDER OF DISMISSAL

DAVID BURCHARD, Chapter 13 Trustee, has filed a Motion to Dismiss case.

The Court finds that notice of the motion upon Debtor(s) and counsel was proper.

After noticed hearing of said motion on July 18, 2018, the Court hereby grants the Trustee's Motion to Dismiss.

THEREFORE IT IS ORDERED that the Debtor(s)' proceedings herein be DISMISSED, and that any restraining orders heretofore issued be dissolved.  The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

SALLY R. HOPKINS

324 DEVONSHIRE BOULEVARD

SAN CARLOS, CA 94070